# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN D. PORTER,
                            Appellant,
            vs.
THE STATE OF NEVADA,
                            Respondent.

No. 84480

**FILED**

APR 29 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a "motion for appointment of counsel." Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from this order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.        _____, J.
Silver                        Pickering

cc:    Hon. Michael Villani, District Judge
       Justin D. Porter
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

22-13708